Brenda H. Entzminger
Nevada Bar No. 9800
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
Email: bentzminger@psalaw.net

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH KOLAS, | Case No.: 2:17-cv-01597-APG-NJK |
| Plaintiff, | **DISSOCIATION OF COUNSEL** |
| v. | |
| WAL-MART STORES, INC.; | |
| Defendant. | |

TO: THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

Please take notice that the undersigned attorney hereby dissociates as counsel of record for Defendant in the above-captioned matter. As of July 26, 2017, the undersigned attorney terminates her employment with Defendant's counsel of record, the law firm of Phillips, Spallas & Angstadt, LLC.

Dated: July 25, 2017                    /s/ *Brenda Entzminger*

Brenda Entzminger
SBN 9800
504 S. Ninth Street
Las Vegas, Nevada 89101

**GRANTED**. The Clerk's Office is INSTRUCTED to remove Ms. Entzminger from the CM/ECF distribution list.
IT IS SO ORDERED.
Dated: July 26, 2017

_____
United States Magistrate Judge

- 1 -