ROBERT PHILLIPS
Nevada Bar No. 11441
RYAN KERBOW
Nevada Bar No. 11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
rkerbow@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH KOLAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC.; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Defendants. | Case No.:　　2:17-cv-01597-APG-NJK<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

Plaintiff RUTH KOLAS ("Plaintiff") and Defendant WAL-MART STORES, INC. ("Walmart"), by and through their respective counsel of record, do hereby stipulate to extend the discovery deadlines in the present case for a period of 60 days Pursuant to Local Rule IA 6-1 and Local Rule 26-4.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the <u>third such discovery extension</u> requested in this matter.

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;

- Walmart has served written discovery to Plaintiff, and Plaintiff has served responses;

- Plaintiff has served written discovery to Walmart, and Walmart has served responses;

- 1 -

- Walmart has deposed Plaintiff;
- Walmart has deposed Plaintiff's fact witness, Samantha Kirk;
- Plaintiff has deposed Walmart employee, Paulina Villa;
- Plaintiff has deposed Walmart employee, Luis Eduardo Perez;
- Plaintiff has deposed Walmart's Rule 30(b)(6) witnesses;
- Plaintiff has conducted a Rule 34 inspection of the premises;
- Plaintiff has deposed former Walmart employee, Rene Clemente.

### DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

- Disclosure of expert witnesses;
- Depositions of expert witnesses and treating medical providers;
- Rule 35 examination of Plaintiff.

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the requested extension. Despite good faith efforts by counsel, the parties have been unable to conduct a Rule 35 examination of Plaintiff between the date the Court granted Defendant's Motion for Rule 35 Examination (ECF No. 35) and the expert disclosure deadline of February 13, 2018, as a result of both Plaintiff's and Dr. McIntire's limited availability. Moreover, after discussion, the parties agree that it is in their mutual benefit to conduct a mediation prior to Defendant bearing the substantial cost of a Rule 35 examination by Dr. McIntire, as Defendant's saving this expense will help facilitate settlement. The parties agree that an extension of sixty (60) days will be sufficient to conduct a mediation and, if the case does not resolve, hold a Rule 35 examination of Plaintiff prior to the expert disclosure deadline.

The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

### [PROPOSED] NEW DISCOVERY DEADLINES

Discovery Cut-Off Date

    Currently: April 10, 2018

    Proposed: June 11, 2018

Expert Disclosure Deadline

    Currently: February 13, 2018

    Proposed: April 12, 2018

Rebuttal Expert Disclosure Deadline

    Currently: March 13, 2018

    Proposed: May 14, 2018

Dispositive Motion Deadline

    Currently: May 11, 2018

    Proposed: July 11, 2018

Joint Proposed Pre-Trial Order

    Currently: June 12, 2018, or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5).

    Proposed: August 10, 2018, or 30 days after resolution of dispositive motions per Local Rule 26-1(e)(5)

//
//
//
//
//
//
//

If this extension is granted, all depositions mentioned above, a Rule 35 examination of Plaintiff, and expert disclosures should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 7th day of February, 2018

*/s/ David Menocal*

DAVID MENOCAL, ESQ.
Nevada Bar No. 13191
DE CASTROVERDE LAW GROUP
1149 S. Maryland Pkwy
Las Vegas, NV 89104

*Attorneys for Plaintiff*
*Ruth Kolas*

DATED this 7th day of February, 2018.

*/s/ Ryan Kerbow*

RYAN KERBOW
Nevada Bar. No. 11403
PHILLIPS, SPALLAS & ANGSTADT, LLC
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 8, 2018