1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11   RUTH KOLAS,                           )
                                           )        Case No. 2:17-cv-01597-APG-NJK
                     Plaintiff(s),         )
12                                         )        **ORDER**
     v.                                    )
13                                         )        (Docket No. 41)
     WAL-MART STORES, INC.,                )
14                                         )
                     Defendant(s).         )
15   _____)

16       Pending before the Court is a stipulation regarding a medical examination pursuant to Rule 35

17   of the Federal Rules of Civil Procedure, Docket No. 13, which is hereby **DENIED** as unnecessary, *see*

18   Fed. R. Civ. P. 29(b).

19       IT IS SO ORDERED.

20       DATED: March 20, 2018

21                                         _____
                                           NANCY J. KOPPE
22                                         United States Magistrate Judge

23

24

25

26

27

28