# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUTH KOLAS,

    Plaintiff(s),

v.

WAL-MART STORES, INC.,

    Defendant(s).

Case No.: 2:17-cv-01597-APG-NJK

**Order**

[Docket No. 54]

Defendant filed an objection to a supplemental disclosure. Docket No. 54. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 16, 2018

                                                Nancy J. Koppe
                                                United States Magistrate Judge