UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH KOLAS, | Case No.: 2:17-cv-01597-APG-NJK |
| Plaintiff | **Order Requiring Proposed Joint Pretrial Order** |
| v. | [ECF No. 51] |
| WAL-MART STORES, INC., | |
| Defendant | |

On July 24, 2019, I rejected the parties' proposed Joint Pretrial Order. They have not submitted a new proposed Order.

IT IS ORDERED that the parties shall submit a proposed Joint Pretrial Order that complies with Local Rules 16-3 and 16-4 by **August 27, 2019**. The failure to do so may result in dismissal of this case without further advanced notice from the court.

DATED this 13th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE