# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH KOLAS, | Case No.: 2:17-cv-01597-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| WAL-MART STORES, INC., | |
| Defendant(s). | |

The Court has received the parties' settlement briefs and concludes that holding a settlement conference would be futile. Accordingly, the settlement conference is **VACATED**.

IT IS SO ORDERED.

Dated: October 24, 2019

_____
Nancy J. Koppe
United States Magistrate Judge