ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUTH KOLAS,<br><br>  Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC.; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No.: 2:17-cv-01597-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 11 day of Dec., 2019.

DATED this 16th day of Dec., 2019.

**DE CASTROVERDE LAW GROUP**

/s/ _____ 12909
ALEX DE CASTROVERDE, ESQ.
Nevada Bar No. 6950
PETER PETERSEN
Nevada Bar No. 14256
1149 South Maryland Parkway
Las Vegas, NV 89104

*Attorneys for Plaintiff*
*Ruth Kolas*

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ _____ 14725
on behalf of
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

*Ruth Kolas*
*Case No. 2:17-cv-01597-APG-NJK*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

Dated: December 17, 2019.

_____
**UNITED STATES DISTRICT JUDGE**